**Samuel P. Luzzo, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 29,439.**

Assumpsit to recover value of certain property deposited in a

safety deposit box rented from the defendant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. Rehearing denied April 27, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Warren B. Wilson and Alvin E. Stein, for appellant. Timothy J. Fell, for appellee; F. O. Floberg, of counsel.

Mr. Justice Johnston delivered the opinion of the court.